**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):** TIMOTHY D. KANE

**Defendant(s):** RAYMOND GILBERT, etc., et al.

**County of Residence:** WILL

**County of Residence:**

**Plaintiff's Address:**

Timothy D. Kane
B-43676
Stateville - STV
P.O. Box 112
Joliet, IL 60434

**Defendant's Attorney:**

07CV6590
JUDGE LINDBERG
MAG. JUDGE VALDEZ

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**FILED**
NOV 21 2007
Nov. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham   **Date:** 11/21/2007