UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

TIMOTHY D. KANE

    Plaintiff,

v.

DEPUTY RAYMOND GILBERT, and
DEPUTY JOSEPH PAAVILAINEN,

    Defendants.

FILED
NOV 21 2007
Nov. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6590
JUDGE LINDBERG
MAG. JUDGE VALDEZ

### MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES Timothy D. Kane, plaintiff pro-se., and pursuant to Title 28 U.S.C. § 1915(e) moves this Honorable Court for an order appointing counsel to represent him in the instant cause, In support of this motion Plaintiff states:

1. Plaintiff cannot afford to hire a lawyer and or investigator. He has requested leave to proceed in forma pauperis in this case. **Argersinger v. Hamlin**, 407 U.S. 25 (1972); and Gideon v. Wainwright, 372 U.S. 335 (1963).

2. Plaintiff is in prison which will greatly limit his ability to litigate his case because of restraints and prohibition of access to the law library not caused by him. Also, this case will require factual investigation in to the Defendant's account of the incident and the scene that cannot be performed by Plaintiff due to his imprisonment. This case will involve credibility issues and maybe even an expert to testify about the effects of pepper spray. **Forbes v. Edgar**, 112 F.3d 262, 264 (7th 1997).

3. Plaintiff's case has merit, where he has photos of severe injuries and reports by Defendants who made no claim that

Plaintiff assualted them at any time. Thus, Plaintiff has a reasonable chance of winning with a lawyer at his side. **Bass v. Perrin, 170 F.3d 1312, 1320 (1999).**

 4. Plaintiff has tried, but could not obtain counsel on his own, **See Exhibit-A,B,C,and D.** Because he has no legal experience, excessive force claims contains--the complexity of legal questions and credibility, necessitating discovery that indigent pro-se., does not have the education or financial capacity to obtain. **Merritt v. Faulkner, 697 F.2761 (7th Cir. 1983); and Davis v. United States, 214 F.2d 594 (7th Cir. 1954).**

 WHEREFORE, Plaintiff prays that this court will grant him counsel to represent him on his claims.

Respectfully submitted,

*[signature]*

Timothy D. Kane
#B-43676
P.O. Box 112
Joliet, IL 60434

# LOEVY & LOEVY
### ATTORNEYS AT LAW

Arthur Loevy
Michael Kanovitz
Jon Rosenblatt
Amanda Antholt
Russell Ainsworth
Mark Loevy-Reyes

312 N. May Street
Suite 100
Chicago, Illinois 60607

Jon Loevy
Danielle Loevy
Kurt Feuer
Samantha Liskow
Gayle Horn
Bradley Block

Telephone   312.243.5900
Facsimile   312.243.5902

Website   www.loevy.com
E-mail   loevylaw@loevy.com

---

August 22, 2007

*By First Class Mail*
Timothy Kane
Reg. No. B-43676
Stateville Correctional Center
P.O. Box 112
Joliet, IL 60434-0112

Dear Mr. Kane:

    This letter will confirm that our office is unable to accept professional responsibility on your behalf with respect to your case. I have enclosed the documents you provided for our review. Of course, we strongly encourage you to seek the opinion of other attorneys regarding this matter.

    However, please be advised that there are time limitations that govern the period in which a claim or lawsuit may be filed. Such time periods depend on the cause of action you may wish to pursue. However, we encourage you to follow up with other attorneys <u>immediately</u> to ensure that all legal rights are fully explored and protected.

    We appreciate your decision to contact us, and wish you the best of luck in pursuing your claims.

Sincerely,

*[signature]*

Jessica Sauvageau

Exhibit-A

**JENNER&BLOCK**

October 2, 2007

Jenner & Block LLP  
330 N. Wabash Avenue  
Chicago, IL 60611-7603  
Tel 312 222-9350  
www.jenner.com

Chicago  
Dallas  
New York  
Washington, DC

Timothy Kane  
Stateville Correctional Center  
Route 53  
P.O. Box 112  
Joliet, Illinois  60434-0112  
Register No.: B43676

Barry Levenstam  
Tel  312-923-2735  
Fax  312-840-7735

Dear Mr. Kane:

Thank you for your letter requesting pro bono representation. After carefully reviewing your request, we have determined that we will not be able to undertake the representation you are seeking; therefore, we are returning your documents.

Each year we receive hundreds of requests for pro bono representation. Each request is examined on a case-by-case basis according to various criteria, including geographical location, jurisdiction, conflict of interest, etc. Unfortunately, because of the tremendous volume of requests we receive, we are simply not able to undertake each one regardless of merit.

We have included a list of other Chicago area firms offering pro bono services to assist in your pursuit of legal representation.

Sincerely,

*Barry Levenstam/cp*  
Barry Levenstam  
Co-Chair, Pro Bono Committee

BL/cp  
Enclosures

Exhibit-B

# UNGARETTI & HARRIS

**JOHN T. RUSKUSKY**
312.977.4460
jtruskusky@uhlaw.com

UNGARETTI & HARRIS LLP

**CHICAGO**
3500 Three First National Plaza
Chicago, Illinois 60602.4224
Telephone: 312.977.4400
Fax: 312.977.4405

**WASHINGTON**
1500 K Street, N.W., Suite 250
Washington, D.C. 20005.1714
Telephone: 202.639.7500
Fax: 202.639.7505

**SPRINGFIELD**
400 E. Jefferson Street, Suite 1200
Springfield, Illinois 62701.1053
Telephone: 217.544.7000
Fax: 217.544.7950

www.uhlaw.com

October 9, 2007

Timothy Kane B43676
P.O. Box 112
Joliet, Illinois 60434-0112

      Re:    People of the State of Illinois v. Timothy Kane
                Joliet Correctional Center

Dear Mr. Kane:

We received your recent letter post-marked September 27, 2007. We have reviewed your letter and have decided that we cannot accept your request for representation by our law firm. We, therefore, cannot offer you any advice as how to proceed and are returning your letter and the materials that you provided.

Very truly yours,

*U+H Pro Bono Committee*

Ungaretti & Harris Pro Bono Committee

Enclosures

Exhibit-C

974814-1

**ROGER D. RUDICH, LTD.**
ATTORNEY AT LAW
205 W. RANDOLPH, SUITE 1310
CHICAGO, ILLINOIS 60606

ROGER D. RUDICH
EMAIL: RDR@RUDICHPILAW.COM

TOBY P. MULHOLLAND
EMAIL: TPM@RUDICHPILAW.COM

TELEPHONE: 312-236-5406
TOLL FREE: 877-236-5406
FAX: 312-236-8230

November 1, 2007

Timothy Kane
Prisoner No. B43676
Statesville Correctional Center
Route 53
P.O. Box 112
Joliet, IL 60434

    Re:    Your August 5, 2007 letter

Dear Mr. Kane:

Thank you for August 5, 2007 letter and bringing this matter to my attention. Unfortunately, I will be unable to undertake the case on your behalf. I am herewith returning the documents you sent me. Please give my regards to Abdul Love and my best wishes to you for the future.

Very truly yours,

ROGER D. RUDICH, LTD.

Roger D. Rudich

RDR:irm
enclosures

Exhibit-D