**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 07 C 6590

    TIMOTHY D. KANE
            v.
    RAYMOND GILBERT
    JOSEPH PAAVILAINEN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    RAYMOND GILBERT and JOSEPH PAAVILAINEN

| | |
|---|---|
| NAME (Type or print) <br>     Daniel P. Field | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>     s/Daniel P. Field | |
| FIRM Scariano, Himes and Petrarca | |
| STREET ADDRESS 209 West Madison Street | |
| CITY/STATE/ZIP Waukegan, IL 60085-4345 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00800597 | TELEPHONE NUMBER <br> 847-662-5800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X     NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐     NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X     NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐