IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. KANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6590 |
| | ) | |
| RAYMOND GILBERT and | ) | Judge George W. Lindberg |
| JOSEPH PAAVILAINEN, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Timothy D. Kane   B43676
      Stateville Correctional Center
      P.O. Box 112
      Joliet, IL 60434

    PLEASE TAKE NOTICE that on January 3, 2008, the undersigned electronically filed the Appearance of defendants Raymond Gilbert and Joseph Paavilainen and defendants' Motion to Enlarge using the CM/ECF system with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, copies of which are served upon you herewith.


                                                    s/ Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield1@gmail.com

## CERTIFICATE OF SERVICE

     Daniel P. Field, an attorney, certifies that he served the foregoing Notice on the individual to whom it is directed by placing same in a sealed envelope with first class postage pre-paid, addressed as set forth above, and depositing same in the United States Mail before 5:00 p.m. on January 3, 2008 at Waukegan, Illinois.

                                                         s/ Daniel P. Field