# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6590 | **DATE** | January 9, 2008 |
| **CASE TITLE** | Kane vs. Gilbert, *et al*. | | |

**DOCKET ENTRY TEXT**

Defendants' Motion to Enlarge [11] is granted. Defendants Raymond Gilbert and Joseph Paavilainen are granted leave to answer or otherwise move with respect to Plaintiff's complaint on or before January 24, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|

Case 1:07-cv-06590   Document 15   Filed 01/09/2008   Page 1 of 1

07C6590 Kane vs. Gilbert, *et al*.   Page 1 of 1