IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. KANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6590 |
| | ) | |
| RAYMOND GILBERT and | ) | Judge George W. Lindberg |
| JOSEPH PAAVILAINEN, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:  Timothy D. Kane   B43676
 Stateville Correctional Center
 P.O. Box 112
 Joliet, IL 60434

PLEASE TAKE NOTICE that on January 24, 2008, the undersigned electronically filed the Answer of defendants Raymond Gilbert and Joseph Paavilainen using the CM/ECF system with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, copies of which are served upon you herewith.


                    s/ Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield1@gmail.com

## **CERTIFICATE OF SERVICE**

      Daniel P. Field, an attorney, certifies that he served the foregoing Notice on the individual to whom it is directed by placing same in a sealed envelope with first class postage pre-paid, addressed as set forth above, and depositing same in the United States Mail before 5:00 p.m. on January 24, 2008 at Waukegan, Illinois.


                                                s/ Daniel P. Field

Case 1:07-cv-06590   Document 17   Filed 01/24/2008   Page 2 of 2