IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. KANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6590 |
| | ) | |
| RAYMOND GILBERT and | ) | Judge George W. Lindberg |
| JOSEPH PAAVILAINEN, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Timothy D. Kane   B43676
     Stateville Correctional Center
     P.O. Box 112
     Joliet, IL 60434

    PLEASE TAKE NOTICE that on February 6, 2008 at 9:30 a.m., the undersigned will appear before the Hon. George W. Lindberg in Room 1425 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the motion of defendants for a Qualified Protective Order, a copy of which is served upon you herewith, and ask for hearing instanter.


                                                  s/ Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield1@gmail.com

## CERTIFICATE OF SERVICE

      Daniel P. Field, an attorney, certifies that he served the foregoing Notice on the individual to whom it is directed by placing same in a sealed envelope with first class postage pre-paid, addressed as set forth above, and depositing same in the United States Mail before 5:00 p.m. on January 30, 2008 at Waukegan, Illinois.

                                              s/ Daniel P. Field