**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Timothy D. Kane
                        Plaintiff,

v.                                              Case No.: 1:07−cv−06590
                                              Honorable George W. Lindberg

Raymond Gilbert, et al.
                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, January 30, 2008:

      MINUTE entry before Judge George W. Lindberg :Plaintiff is ordered to respond to Defendants' Motion for a Qualified Protective Order and Authorization for the Release of Health Records [19] on or before February 4, 2008.Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.