# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6590 | **DATE** | 2/5/2008 |
| **CASE TITLE** | Kane vs. Gilbert, et al. | | |

**DOCKET ENTRY TEXT**

The Court, *sua sponte*, extends the deadline by which Plaintiff must respond to Defendants' Motion for a Qualified Protective Order and Authorization for the Release of Health Records [19] to February 15, 2008. Ruling by mail on or before February 21, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|