# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6590 | **DATE** | 2/11/2008 |
| **CASE TITLE** | Kane vs. Gilbert | | |

**DOCKET ENTRY TEXT**

Gary L. Gassman; Sedgwick Detert Moran & Arnold LLP; One North Wacker Drive, 42nd Floor; Chicago, IL 60606; 312 /641- 9050; gary.gassman@mbtlaw.com is appointed counsel on behalf of the plaintiff, Timothy D. Kane. Status hearing set for 3/12/2008 at 9:30a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|