IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. KANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 L 6590 |
| | ) | |
| RAYMOND GILBERT and | ) | Judge George W. Lindberg |
| JOSEPH PAAVILAINEN, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:   Timothy D. Kane, B43676, Stateville Correctional Center, P.O. Box 112, Joliet, Illinois 60434

Daniel P. Field, Scariano, Himes and Petrarca, 209 W. Madison St., Waukegan, Illinois 60085-4345, dpfield1@gmail.com

PLEASE TAKE NOTICE that on **Wednesday, February 27, 2008, at 9:30 a.m.**, Appointed Attorney for the Plaintiff, Gary L. Gassman, will appear before the Honorable George W. Lindberg, 219 South Dearborn, Room 1425, Chicago, Illinois, and then and there present the attached MOTION FOR RELIEF FROM APPOINTMENT, a copy of which is attached hereto.

Dated: February 15, 2008

By:   /s/ Gary L. Gassman
Gary L. Gassman, appointed attorney for Plaintiff,
Timothy D. Kane

Gary L. Gassman (ARDC #6217204)
MECKLER BULGER & TILSON LLP
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 Fax

1

## CERTIFICATE OF SERVICE AND ELECTRONIC SERVICE

I, Gary L. Gassman, an attorney, hereby certify that on this, the 15th day of February, 2008, I served true and accurate copies of the Motion For Relief From Appointment on opposing counsel, Daniel P. Field, *via* electronic case filing using the Court's ECF system and on the Plaintiff, Timothy D. Kane, *via* express two-day U.S. mail by placing the same in a sealed envelope with postage pre-paid, addressed as set forth above and depositing the same in the United States Mail before 5:00 p.m. on February 15, 2008 in Chicago, Illinois.

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Gary L. Gassman_

Gary L. Gassman (ARDC #6217204)
MECKLER BULGER & TILSON LLP
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 Fax