IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 1 2 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 1 2 2008

| | | |
|---|---|---|
| TIMOTHY D. KANE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Case No. 07 C 6590 |
| | ) | |
| DEPUTY RAYMOND GILBERT and | ) | Judge George W. Lindberg |
| DEPUTY JOSEPH PAAVILAINEN, | ) | |
| Defendant. | ) | |

## MOTION FOR SCHEDULING CONFERENCE

NOW COMES, Plaintiff, Timothy D. Kane, pro-se., and pursuant to Fed. R. Civ. P. 16 and request this Court issue a Scheduling Conference in this cause. In support Plaintiff "Kane" states:

1. Kane request a schedule conference be provided by this Court because he is a Level E, which is a High Escape Security Level, in which the Illinois Department of Corrections has on a constant rotation from Unit to Unit, cell to cell, Institution to Institution, without notice.

2. Kane does not receive his mail like the average inmate the clerk and Defendants' are familiar with, Kane's mail is subjected to additional delay because of the security screening and transfers. While it takes an inmate about 21days to get regular mail from the clerk or family members, Kane's mail is held on average 25days or more.

3. Kane needs a pre-trial schedule for proof of court deadlines to show IDOC employees, so that he can respond timely by way of access to the prison law library research material and photocopy equitment.

4. Kane is scheduled(by common rotation)to transfer to Menard Correctional Center in March of 2008. A schedule order is the way he will be able to get to his legal storage.

5. Kane needs to discuss questions regarding whether Defendants will file a motion to dismiss, whether the Court will allow him leave to request an initial discovery, whether Defendants contemplate filing any additional motions, the probable length of discovery, and even the possibility of a settlement.

6. Kane believes that his Level E, Status will disrupt his ability to monitor the filing without a pre-trial order. Kane would like for the Court to also consider that upon each transfer, he will have to notify both the court and Defendants of his change of address, and his rotation from cell to cell will also disrupt the receipt of his mail within the prison.

7. Kane therefore, request this court issue an order for a phone conference in which both parties can discuss the future problems confronting this case. Kane, further, request that this Court act on this motion immediately before the anticipated March transfer.

WHEREFORE, Plaintiff, Timothy D. Kane, prays that this Honorable Court grant this motion, and enter an order for a phone conference, and pre-trial schedule.

Respectfully submitted,
Timothy D. Kane
Pro-se, Plaintiff

Timothy D. Kane
I.D. No. B-43676
P.O. Box 112-SCC
Joliet, IL 60434

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TIMOTHY D. KANE, )
Plaintiff, )
)
) Case No. 07 C 6590
v. )
)
DEPUTY RAYMOND GILBERT and ) Judge George W. Lindberg
DEPUTY JOSEPH PAAVILAINEN, )
)
Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: DANIEL P. FIELD                           TO: _____
SCARIANO, HIMES AND PETRARCA      _____
209 W. MADISON, STREET                    _____
WAUKEGAN, IL 60085-4345                  _____

PLEASE TAKE NOTICE that on **February 6**, 20**08**, I have placed the documents listed below in the institutional mail at **Stateville** Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

**MOTION FOR SCHEDULING CONFERENCE**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: 2/6/08

/s/ Timothy D. Kane
NAME: Timothy D. Kane
IDOC#: B-43676
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60434

Revised Jan 2002