# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6590 | **DATE** | February 20, 2008 |
| **CASE TITLE** | Kane vs. Gilbert, *et al*. | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion for Scheduling Conference [32] is denied as moot. A status hearing to address the Court's case management procedures and trial schedule is scheduled for March 12, 2008 at 9:30 a.m. Plaintiff was appointed counsel on February 11, 2008. Plaintiff will be represented by counsel during the March 12, 2008 hearing. Any future motions on behalf of Plaintiff must be filed by his counsel.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|