# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Timothy D. Kane

                          Plaintiff,

v.                                          Case No.: 1:07−cv−06590
                                            Honorable George W. Lindberg

Raymond Gilbert, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 27, 2008:

        MINUTE entry before Judge George W. Lindberg : MOTION by counsel for
Plaintiff Timothy D. Kane to withdraw as attorney Gary L. Gassman's Motion for Relief
from Appointment is denied for the reasons stated in open court.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.