

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY D. KANE, | ) |
|     Plaintiff, | ) |
| VS. | )    Case No. 07 c 6590 |
| RAYMOND GILBERT and JOSEPH PAAVILAINES, | )    Judge George W. Lindberg |
|     Defendants. | ) |

**NOTICE OF MOTION**

TO : DANIEL P. FIELD
    SCARIANO, HIMES AND PETRARCA
    209 West Madison Street
    WAUKEGAN, IL 60085-4345

F I L E D
FEB 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

    PLEASE TAKE NOTICE that on February 20, 2008, at 10p.m., the undersigned will appear before the Hon. George W. Lindberg in Room 1425 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and by mail only to present the Plaintiff's Objection To Defendant's Motion For A Qualified Protective Order And Authorization For The Release Of Health Records; And Qualified Protective Order, a copy which is served upon you herewith.

                              /s/ Timothy D. Kane

Timothy D. Kane, #B43676
Stateville Corr. Ctr.
P.O. Box 112
Joliet, IL 60434