IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. KANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6590 |
| | ) | |
| RAYMOND GILBERT and | ) | Judge George W. Lindberg |
| JOSEPH PAAVILAINEN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

    PLEASE TAKE NOTICE that on June 9, 2008, the undersigned electronically filed the Consent to Disposition by a Magistrate Judge for defendants Raymond Gilbert and Joseph Paavilainen using the CM/ECF system with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, copies of which are served upon:

    Gary L. Gassman                gary.gassman@mbtlaw.com

                                      Respectfully submitted,

                                      s/ Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield1@gmail.com