IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. KANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 C 6590 |
| | ) | |
| RAYMOND GILBERT and | ) | Judge George W. Lindberg |
| JOSEPH PAAVILAINEN, | ) | |
| | ) | Magistrate Judge Maria Valdez |
| Defendants. | ) | |

**NOTICE OF FILING**

TO: Timothy D. Kane, B43676, Menard Correctional Center, 711 Kaskaskia Street, P.O. Box 711, Menard, Illinois 62259

Daniel P. Field, Scariano, Himes and Petrarca, 209 W. Madison St., Waukegan, Illinois 60085-4345, dpfield1@gmail.com

PLEASE TAKE NOTICE that on **Monday, June 9, 2008,** Appointed Attorney for the Plaintiff, Gary L. Gassman, filed a CONSENT TO DISPOSITION BY A MAGISTRATE JUDGE for the plaintiff, using the CM/ECF system with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto.

Dated: June 9, 2008

By: /s/ Gary L. Gassman
Gary L. Gassman, appointed attorney for Plaintiff,
Timothy D. Kane

Gary L. Gassman (ARDC #6217204)
MECKLER BULGER & TILSON LLP
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 Fax

**CERTIFICATE OF SERVICE AND ELECTRONIC SERVICE**

    I, Gary L. Gassman, an attorney, hereby certify that on this, the 9th day of June, 2008, I served true and accurate copies of CONSENT TO DISPOSITION BY A MAGISTRATE JUDGE on opposing counsel, Daniel P. Field, *via* electronic case filing using the Court's ECF system and on the Plaintiff, Timothy D. Kane, *via* U.S. mail by placing the same in a sealed envelope with postage pre-paid, addressed as set forth above and depositing the same in the United States Mail before 5:00 p.m. on June 9, 2008 in Chicago, Illinois.

                                                                                    /s/ **Gary L. Gassman**

Gary L. Gassman (ARDC #6217204)
MECKLER BULGER & TILSON LLP
123 North Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 Fax

M:\12607\pleading\not of filing.002.doc

2