IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. KANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6590 |
| | ) | |
| RAYMOND GILBERT and | ) | Magistrate Judge Maria Valdez |
| JOSEPH PAAVILAINEN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Mr. Gary L. Gassman
     Meckler, Bulger & Tilson, LLP
     123 North Wacker Drive
     Suite 1800
     Chicago, IL 60606

    PLEASE TAKE NOTICE that on Tuesday, July 15, 2008 at 9:30 a.m., the undersigned will appear before the Hon. Maria Valdez in Room 1300 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the motion of defendants for Leave to Take Deposition, a copy of which is served upon you herewith, and ask for hearing instanter.

                                                           s/ Daniel P. Field

Daniel P. Field
SCARIANO, HIMES AND PETRARCA
209 West Madison Street
Waukegan, IL 60085-4345
(847) 662-5800
ARDC No. 00800597
dpfield1@gmail.com

## CERTIFICATE OF SERVICE

    Daniel P. Field, an attorney, certifies that on July 9, 2008, he filed the Defendants' Motion For Leave To Take Deposition with the clerk of court using the CM/ECF system which will send notification of such filing to the following:

    Mr. Gary L. Gassman        gary.gassman@mbtlaw.com

                                                  s/ Daniel P. Field