**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Timothy D. Kane
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06590
                                                    Honorable Maria Valdez

Raymond Gilbert, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 17, 2008:

      MINUTE entry before the Honorable Maria Valdez: Motion and Magistrate Judge Status hearing held on 7/17/2008. Defendant's motion to take deposition from Timothy Kane [62] is granted. Fact discovery cutoff by 10/31/2008. Status hearing continued to 10/7/2008 at 09:30 a.m.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.