

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Gary L. Gassman

FIRM: Meckler Bulger Tilson Marick & Pearson LLP  (Firm Name Change)

STREET ADDRESS: 123 N. Wacker Drive, Suite 1800

CITY/STATE/ZIP: Chicago, IL  60606

PHONE NUMBER: 312-474-7900

E-MAIL ADDRESS: gary.gassman@mbtlaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6217204

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07-cv-6590 | Kane v. Gilbert | Lindberg |
| | | |
| | | |
| | | |
| | | |

s/  Gary L. Gassman                                     August 14, 2008
─────────────────────────                      ─────────────────
Attorney's Signature                                               Date