IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY D. KANE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 07 C 6590 |
| ) | |
| RAYMOND GILBERT and ) | Judge George W. Lindberg |
| JOSEPH PAAVILAINEN, ) | |
| ) | Magistrate Judge Maria Valdez |
| Defendants. ) | |

## NOTICE OF PLAINTIFF'S ADDRESS CHANGE

TO:   Daniel P. Field, Scariano, Himes and Petrarca, 209 W. Madison St.,
　　　Waukegan, Illinois 60085-4345, dpfield1@gmail.com

　　　**PLEASE TAKE NOTICE** that Plaintiff, Timothy D. Kane's address has been changed as follows:

　　　Timothy D. Kane (B43676)
　　　Menard Correctional Center
　　　711 Kaskaskia Street
　　　P.O. Box 711
　　　Menard, IL  62259

Dated:  August 14, 2008

　　　　　　　　　　　　　　　　By:　/s/ Gary L. Gassman
　　　　　　　　　　　　　　　　　　　Appointed Attorney for Plaintiff, Timothy D. Kane

Gary L. Gassman (ARDC #6217204)
MECKLER BULGER TILSON MARICK & PEARSON LLP
123 N. Wacker Drive
Suite 1800
Chicago, IL 60606
(312) 474-7900
(312) 474-7898 Fax

## CERTIFICATE OF SERVICE AND ELECTRONIC SERVICE

I, Gary L. Gassman, an attorney, hereby certifies that on the 14th day of August, 2008, I served a true and accurate copy of:

**NOTICE OF PLAINTIFF'S ADDRESS CHANGE**

on opposing counsel, Daniel P. Field, via electronic case filing using the Court's ECF system and on the Plaintiff, Timothy D. Kane, via U.S. mail by placing the same in a sealed envelope with postage pre-paid, addressed as set forth above and depositing the same in the United States Mail before 5:00 p.m. on August 14, 2008 in Chicago, Illinois.

                                              /s/ Gary L. Gassman